THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN REITANO, Appellant.

Submitted August 27, 2012; decided October 30, 2012

Motion for reargument of motion for leave to appeal denied [*see* 14 NY3d 708 (2010)].